Mads C. Monson *et al.*

*v.*

Martin Jacques.

*Filed at Ottawa, March 31, 1893.*

Appeal from the Appellate Court for the First District ; — heard in that court on appeal from the Superior Court of Cook county ; the Hon. Henry M. Shepard, Judge, presiding.

Mr. Consider H. Willett, for the appellants.

Messrs. Rubens & Mott, for the appellee.

Mr. Justice Magruder delivered the opinion of the Court :

The facts and evidence in this case, except the dates and amounts, and also the questions of law arising out of such facts and evidence, are substantially the same as those presented by the record in the recently decided case of *Monson* v. *Kill, ante,* 248. Hence, the decision here must follow the decision there. For reasons stated in *Monson* v. *Kill, supra,* the judgment of the Appellate Court is affirmed.

*Judgment affirmed.*